IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRIE THOMPSON, :
:
Plaintiff, : CIVIL ACTION NO. 19-4211
:
v. :
:
HEALTH NETWORK LABORATORIES, :
:
Defendant. :

## **ORDER**

**AND NOW**, this 2nd day of March, 2020, after considering: (1) the complaint filed by the plaintiff, Terrie Thompson (Doc. No. 1); (2) the motion for summary judgment filed by the defendant, Health Network Laboratories (Doc. No. 9); (3) the defendant's statement of undisputed facts (Doc. No. 10-6); (4) the plaintiff's memorandum of law in support of her response to the motion for summary judgment (Doc. No. 11); and (5) the defendant's response in support of the motion for summary judgment (Doc. No. 12); and after hearing oral argument from the parties on January 16, 2020; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendant's motion for summary judgment (Doc. No. 10) is **GRANTED** and judgment is **ENTERED** in favor of the defendant, Health Network Laboratories, and against the plaintiff, Terrie Thompson; and

2. The clerk of court is **DIRECTED** to mark this case as **CLOSED**.

BY THE COURT:



EDWARD G. SMITH, J.